ACCEPTED
14-10-00708-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
1/7/2015 10:43:40 AM
CHRISTOPHER PRINE
CLERK

# No. 14-10-00708-CV

_____

IN THE COURT OF APPEALS
FOR THE FOURTEENTH DISTRICT
OF TEXAS AT HOUSTON

_____

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

1/7/2015 10:43:40 AM

CHRISTOPHER A. PRINE
Clerk

*Port of Houston Authority of Harris County, Texas,*
Appellant and Cross-Appellee,

*v.*

*Zachry Construction Corporation,*
Appellee and Cross-Appellant.

_____

On appeal from the 151st District Court
of Harris County, Texas
Trial Court Cause No. 2006-72970

_____

## THE PORT'S SUPPLEMENT TO ITS MOTION FOR SUPPLEMENTAL BRIEFING AND ORAL ARGUMENT FOLLOWING REMAND

TO THE FOURTEENTH COURT OF APPEALS:

The Port of Houston Authority (the "Port") would respectfully show this Court as follows:

1.     On January 2, 2015, the Port filed a motion with this Court requesting supplemental briefing and oral argument on this appeal after remand from the Texas Supreme Court on December 19, 2014. In conferring with Zachry's counsel, Zachry's counsel indicated that Zachry is opposed to the Port's motion only with respect to the word count requested in the Port's motion.

1

2. On January 6, 2015, Zachry filed a letter with this Court stating that Zachry will file an opposition to the Port's motion within ten days.

3. Before Zachry files its opposition, the Port hereby supplements its motion with regard to due dates for the requested supplemental briefing. While the Port's motion suggested that the Port's supplemental brief of appellant be due on February 16, 2015, in light of circumstances described below, the Port asks that its supplemental brief of appellant be due on March 13, 2015. Those circumstances are as follows:

a. Ms. Yeates, counsel for the Port who is responsible for the Port's briefing on this appeal, is scheduled to be in New Orleans on the weekend of February 7 and 8, 2015, to argue for Occidental Chemical Corporation in a two-day arbitration hearing arising out of a large sinkhole in Assumption Parish, Louisiana. *Texas Brine Co. v. Occidental Chemical Corp.*, No. 69 198 129 13, in the American Arbitration Association. This arbitration hearing will involve preparation and briefing that will require not just Ms. Yeates but also Mr. Heidler, the lawyers who are principally responsible for the briefing on behalf of the Port of Houston on this appeal.

b. Ms. Yeates and Mr. Heidler also have a brief of appellee for Anadarko Petroleum due on February 3, 2015, in the insurance coverage case arising out of the Macondo Well blowout in the Gulf of Mexico. *Houston*

*Casualty Co. et al. v. Anadarko Petroleum Corp. et al.*, No. 09-14-00459-CV, in the Beaumont Court of Appeals.

4.     Given these circumstances, the Port would ask that the Court make the Port's supplemental brief of appellant due on March 13, 2015, rather than the February 16, 2015 date suggested in the Port's motion.

## **PRAYER**

For the foregoing reasons, the Port respectfully asks this Court to grant the Port's motion and also to grant the Port all other relief to which it is entitled.

Respectfully submitted,

/s/ Marie R. Yeates

David H. Brown
State Bar No. 03109200
BROWN & KORNEGAY LLP
2777 Allen Parkway, Suite 977
Houston, Texas 77019
Phone:  713.528.3703
Fax:  713.528.3701
Email: dbrown@bkllp.com

Karen L.T. White
State Bar No. 20274500
KAREN L.T. WHITE, P.C.
1415 S. Voss, Suite 110-539
Houston, Texas 77057
Phone: 832.646.4667
Email: karen@kltwpc.com

Lawrence J. Fossi
State Bar No. 07280650
FOSSI & JEWELL LLP
4203 Yoakum Blvd., Suite 100
Houston, Texas 77006
Phone: 713.529.4000
Fax: 713.529.4094
Email: lfossi@fossijewell.com

Marie R. Yeates
State Bar No. 22150700
Catherine B. Smith
State Bar No. 03319970
Michael A. Heidler
State Bar No. 24059921
VINSON & ELKINS L.L.P.
1001 Fannin St.
Houston, Texas 77002
Phone: 713.758.4576
Fax: 713.615.5544
Email: myeates@velaw.com

David E. Keltner
State Bar No. 11249500
201 Main Street, Suite 2500
Fort Worth, Texas  76102
Phone:  817.878.3560
Fax:  817.878.9760
Email: david.keltner@kellyhart.com

Bill Sims
State Bar No. 18429500
VINSON & ELKINS L.L.P.
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
Phone: 214.220.7703
Fax: 214.999.7703
Email: bsims@velaw.com

ATTORNEYS FOR APPELLANT
THE PORT OF HOUSTON
AUTHORITY
OF HARRIS COUNTY, TEXAS

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January 2015, a true and correct copy of the foregoing instrument was served by e-service on the following counsel for Zachry Construction Corporation.


Robin C. Gibbs
Gibbs & Bruns, L.L.P.
1100 Louisiana, Suite 5300
Houston, Texas 77002

Brandon T. Allen
Reynolds, Frizzell, Black, Doyle,
Allen & Oldham L.L.P.
1100 Louisiana, Suite 3500
Houston, Texas  77002

/s/ Marie R. Yeates
Marie R. Yeates

## <u>CERTIFICATE OF CONFERENCE</u>

Zachry has indicated that it is opposed to the Port's motion and is going to file a written opposition.

/s/ Marie R. Yeates
Marie R. Yeates
